United States Courts
Southern District of Texas
FILED

SEP 30 2020

David J. Bradley, Clerk of Court

09/30/20 :4:38 pm

Bankruptcy 20-33938

Justino Ochonme

I came in today to pay for my case and was told I would not use my ATM Card to pay. I am supposed to pay today. I will be back tomorrow with cash or money order. It is 4:38 pm