Case 20-33938 Document 41 Filed in TXSB on 10/02/20 Page 1 of 1

Case # 20-33938 Bankruptcy Cash

To Judge Lopez and Trustee Nathan Sommers.

I was here on Tuesday 09/30/20 to pay but was told the Court does not accept ATM Cards. Then I came in today 10/02/20 with Money Order to pay but arrived late 5:05pm due to heavy traffic got into the office but 5 mins was late for them to take my payment.

I will be back on Monday 10/5/20 to pay. Thanks.

Justina Odionne
Case # 20-33938
10/2/20