United States Courts
Southern District of Texas
FILED
October 07, 2020

David J. Bradley, Clerk of Court

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| JUSTINA NONYELUM OCHONMA § | CASE NO.   20-33938 |
| DEBTOR(S). § | (CHAPTER 7 |

### LIFE STORAGE ISSUE

### DEBTOR'S UNIT AT LIFE STORAGE AT 12555 RICHMOND AVENUE, HOUSTON 77082

Dear Attorney Ronald Sommers,

I need to bring to your notice the following issue with my storage unit at Life Storage 12555 Richmond Avenue, Houston, TX 77082

I am in bankruptcy proceedings and I would believe my self-storage provider was notified by the court, along with other creditors. (They claimed they did not get any notification from the court) I left two voicemails before end of August 2020 that I had filed for **BANKRUPTCY AND THEY SHOULD RETURN MY CALL SO WE DISCUSS HOW WE CAN MOVE ON FROM THERE**). All they did was leave two voicemails for me asking me to come and pay.  Meanwhile they started auction procedures of my stored items and sent me an August 14 email asking me to come and pay before September 6 to avoid sale of my property. (I did not see that email until September 9 when the manager Louise told me over the phone.  I hardly use that email account)


By September 3 after I filed my Statement of Intention and called and finally got the manager Louise on phone, I told her over the phone to her hearing, and to let her know I am sending my Statement of Intentions. She claimed she never received the court letters sent to all my creditors. I sent her a copy of the Court's Order as well as my Statement if Intention that same September 3, 2020 by email.  Days later, on September 7, 2020, when I did not hear from her, I checked, and I found out my email to her had bounced back to me.  That same September 7, I called her again after resending the bounced documents to confirm she received it.  All this while, she never told me they had cut my key lock off my storage unit.  I hardly visit the storage and had not visited for over a year.  I had no idea how far they had gone with their auction proceedings.  Long story short, after they can no longer claim they were not aware of my Bankruptcy filing, since I sent in the documents myself, the manager Louise called me on the 9th of September saying they decided to grant me access to my unit.  They had locked my account earlier in August after my Bankruptcy filing with the result that **WHEN I TRIED TO PAY ONLINE, I COULD NOT.  I WAS GOING TO START PAYING AT LEAST FROM THE PERIOD AFTER MY FILING BUT COULD NOT BECAUSE THEY CLOSED MY ACCOUNT AND I COULD NOT GAIN ACCESS TO IT ONLINE.**

When I sent them my Statement of Intention after calling them on phone on September 3 .**AND SUBSEQUENTLY RESENT HE EMAIL ON** September 7, it was then the manager Louise called on September 9, saying the company decided to give me access to my storage unit.  Then she called back a second time that same September 9, saying she forgot to tell me they cut my key locks off my storage unit. I assumed if they cut my key locks that they at least put their own key lock to keep my things safe. **(BEFORE THEY CLOSED MY ONLINE ACCOUNT, THERE WAS A NOTICE INSIDE MY ACCOUNT THAT DUE TO COVID -19 THEY ARE PROHIBITED FROM CUTTING TENANTS KEY LOCKS OFF THEIR UNITS)**. However, I felt if they cut my key locks they should replace it with their own to keep my things safe though I expressed concern that my things may not be safe because they were not supposed to have cut my key locks in the first instance, as per their notice mentioned above, but probably use their own lock as an extra lock over my own, since their intention was to deny me access to the unit.

Normally they may just add their own lock without cutting off tenant key locks to deny tenants access to their units.  I did not realize that they left my storage unit unlocked after they cut off my key locks and did not secure the unit with their own locks. I found out that they did not secure my unit with their own locks, when I visited them at the office, after the manager Louise told me they were giving me access to my unit and they had cut my locks.  I found out that they had left my storage unlocked since they cut my locks. I could not belief such irresponsibility. They could at least have told me over the phone that they left the storage unlocked. They did not. If they did, I could at least have made a quick effort to go and secure my unit immediately instead of going 3 days later.  That way I could have gone to lock my storage with new locks.  I had assumed they would have put their own locks on the unit, which was why I went during office hours to make sure I meet somebody to remove their locks which I assumed they would have used to secure my unit after they cut my own locks.  They had just told me they cut my keys but did not tell me they left the storage unlocked.

The day I went was three days after learning they were giving me access to my unit, then I learnt from Malik, the personnel I met in the office that my unit has been left unlocked. I was shocked. I asked him how long the storage unit has been left unlocked, he said he did not know. They refused to tell me how long they have left it unlocked. He told me he did not know how long it has been unlocked with my items exposed.  The day I went I made sure I went during office hours to be sure they would be there to let me in because I was thinking since they cut my keys they could at least keep their own keys on it till I come.  I wanted to make sure I meet them in the office to let me in before they leave for the day.  They never told me they left my storage unlocked and unsecured.  I was very upset. I asked them to unlock my online account so I could at least make payment and they have not done so up till now. I am yet to check if any of my things are missing.  I asked them to make sure they keep the videos of August and September just in case I need to subpoena them to the court should I find out I am missing items.  I asked them also to give me my two cut keys.  I am yet to receive those.

My current confusion though is that I do not know what to do right now. Should I move out before the Bankruptcy Trustee comes if he decides to come to the storage or should I still stay in

the storage until the trustee decides what to do with the storage items.  Also, the day I went, I noticed they had rearranged all my stored items and I made sure I took videos of how everything looked that day.  It has been years I went to that storage.  The last time I went there I had taken pictures of how I left everything.  I am yet to compare both picture sets and I decided not to touch or remove any thing from the storage till the Bankruptcy Trustee decides his line of action.  So, I have not been able to do an inventory check to see if I am missing anything.  What do I do now?

About 3 or more weeks ago, after the change of Trustee and date of 341 meeting, I verbally told the Life Storage unit manager Louise about the 341 meeting today at 2.00 pm in case she plans to come.  I am also sending her a copy of my own 341 meeting notification about the meeting by email today. I had mentioned to her and Malik I was going to report this issue to the Bankruptcy case too.

October 7, 2020

RESPECTFULLY SUBMITTED

Justina Ochonma

5950 Antoine Drive Apt 234

Houston TX 77091

Ph: (713) 653-3172

ochonmtina1@yahoo.com

TO:

TRUSTEE
RONALD J SOMMERS
NATHAN SOMMERS JACOBS
2800 POST OAK BLVD 61ST FLOOR
HOUSTON, TX 77056

CC:

US TRUSTEE
OFFICE OF THE US TRUSTEE
515 RUSK AVE
STE 3516
HOUSTON, TX 77002

EFILE@NATHANSOMMERS.COM          VIA  houston_operation@txs.uscourts.gov