**From:** ochonmatina1@yahoo.com <ochonmatina1@yahoo.com>
**Sent:** Thursday, November 5, 2020 11:38 AM
**To:** Samantha Crow (scrow@fscu.com) <scrow@fscu.com>; Michael L. Weems <MLWeems@hwa.com>
**Cc:** Robert Vasquez <RVasquez@hwa.com>; James M. Wixted <JMWixted@hwa.com>
**Subject:** Re: 20-33938 Order on Emergency Motion

United States Courts
Southern District of Texas
FILED
*November 09, 2020*
David J. Bradley, Clerk of Court

Dear Attorney Weems,

Please find attached a copy of my Cashier's Check with which I fully paid for the Toyota Corolla according to our agreement and signed court order. The receipt from First Service Credit Union is also attached. However I am concerned that the Credit Union's receipt is still showing a balance of $7173.29 which should not be, since I fully paid as agreed. The Bank Teller explained to me that it does not matter but I need to get that assurance from you the Credit Union's Attorney.

I also expect the title and other relevant documents be transferred to me.

Thanks

Sincerely

Justina Ochonma

On Wednesday, October 21, 2020, 9:20:31 AM CDT, Michael L. Weems <mlweems@hwa.com> wrote:

Hi all,

Judge Lopez has signed the agreed order.

BANK OF AMERICA

Cashier's Check

No. 1056613459

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Void After 90 Days. 30-1/1140 NTX

Date 11/04/20 02:45:35 PM

WEST 34TH
0003 0004918 0151

Pay BANK OF AMERICA 12000 00 ONE TWO ZERO ZERO ZERO CTS CTS

**$12,000.00**

**Twelve Thousand and 00/100 Dollars**

To The Order Of FIRST SERVICE CREDIT UNION
FULL&FINAL PAYMENT OF CAR CASE #20-33938

Remitter (Purchased By): JUSTINA N OCHONMA

Bank of America, N.A.
SAN ANTONIO, TX

AUTHORIZED SIGNATURE

Cashier's Check

⑈1056613459⑈ ⑆114000019⑆ 001641003763⑈

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS.

First Service Credit Union

Date: 11/04/2020 3:43:50 pm

Branch: Park Ten Branch Serial: 3837624309

| | |
|---|---|
| Check Received: | 12,000.00 |
| Payment to XXXXXXX445 L 0101 2019 TOYOTA Corolla | |
| Description: | AO For Redemption |
| Uncollected Late Fee: | 114.32 |
| Previous Balance: | 19,173.29 |
| Principal: | -12,000.00 |
| New Balance: | 7,173.29 |
| Next Due Date: | 06/30/2020 |

Ochonma,Justina

Sign up for direct deposit and get your paycheck up to 2 days early!

RE: 20-33938 Order on Emergency Motion

From: Michael L. Weems (mlweems@hwa.com)

To: ochonmatina1@yahoo.com; scrow@fscu.com

Cc: rvasquez@hwa.com; jmwixted@hwa.com

Date: Thursday, November 5, 2020, 11:42 AM CST

That would appear to do it. I will confirm with my client, but I do believe you are all set. I will email you back as soon I make sure everything has been processed correctly.

**Michael L. Weems | Senior Counsel**

HWA
HughesWattersAskanase

T: (713) 328-2822 | F: (713) 351-0322 | E: mweems@hwa.com

Total Plaza | 1201 Louisiana St., 28th Fl.| Houston, TX 77002
hwa.com | profile | v-card

BOARD CERTIFIED
Texas Board of Legal Specialization
CONSUMER BANKRUPTCY LAW

**THIS IS AN ATTEMPT TO COLLECT A CONSUMER DEBT AND ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE.**

***CONFIDENTIALITY STATEMENT:*** *This electronic message transmission contains information from the law firm of Hughes, Watters & Askanase, L.L.P. and is confidential or privileged. The information is intended only for the use of the person(s) named above. If you are not the intended recipient, any disclosure, copying, distribution or use of or any other action based on the contents of this information is strictly prohibited. If you received this electronic transmission in error, please notify us by telephone at (800) 284-0818.*

← Back Archive Move Delete Spam •••

**Samantha Crow** <scrow@fscu.com> Thu, Nov 5 at 3:03 PM
To: 'Michael L. Weems', ochonmatina1@yahoo.com
Cc: Robert Vasquez, James M. Wixted

Yes sir, Michael, the funds have been received and we will be releasing the title to the mailing address on file.

Thank you,

Samantha Crow

> Show original message

Outstanding Regards,

**Samantha Crow**
*Lead Collector*

713-676-4381

First Service Credit Union

FOR YOU, NOT PROFIT

FSCU.com | MoveMyAutoLoan.com | MoveMyCard.com | JoinFSCU.com

CONFIDENTIALITY NOTICE - The information in this email may be confidential and/or privileged. This email is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system.

**Michael L. Weems | Senior Counsel**

HWA
HughesWattersAskanase

T: (713) 328-2822 | F: (713) 351-0322 | E: mweems@hwa.com

Total Plaza | 1201 Louisiana St., 28th Fl.| Houston, TX 77002
hwa.com | profile | v-card

BOARD CERTIFIED
Texas Board of Legal Specialization
CONSUMER BANKRUPTCY LAW

**THIS IS AN ATTEMPT TO COLLECT A CONSUMER DEBT AND ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE.**

***CONFIDENTIALITY STATEMENT:*** *This electronic message transmission contains information from the law firm of Hughes, Watters & Askanase, L.L.P. and is confidential or privileged. The information is intended only for the use of the person(s) named above. If you are not the intended recipient, any disclosure, copying, distribution or use of or any other action based on the contents of this information is strictly prohibited. If you received this electronic transmission in error, please notify us by telephone at (800) 284-0818.*

**From:** BKECF_LiveDB@txs.uscourts.gov <BKECF_LiveDB@txs.uscourts.gov>
**Sent:** Wednesday, October 21, 2020 8:49 AM
**To:** BK_Notices@txsb.uscourts.gov
**Subject:** 20-33938 Order on Emergency Motion

*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

**U.S. Bankruptcy Court**

**Southern District of Texas**

Notice of Electronic Filing

The following transaction was received from rsal entered on 10/21/2020 at 8:49 AM CDT and filed on 10/20/2020

**Case Name:** Justina Nonyelum Ochonma
**Case Number:** 20-33938
**Document Number:** 50

**Docket Text:**
Agreed Order Regarding i) Motion to Redeem Property, and ii) Motion for Relief From Stay (Related Docs #[31] & [43]). Signed on 10/20/2020. (rsal)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**20-33938-L-49-Proposed Order RE Motion to Redeem Property 10-20.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=996787432 [Date=10/21/2020] [FileNumber=45840223-0] [aab4740b8e3255634a33ab87228036e61dfe1f83144adc56462f9fe0946eb82a1f094d22ae3240d5c21b88aa6e418f0bc1aa0e96485e2e6a76c511ed09082898]]

**20-33938 Notice will be electronically mailed to:**

Ronald J Sommers
efile@nathansommers.com, RS@trustesolutions.com,RS@trustesolutions.net,pbuenano@nathansommers.com

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

Michael L Weems on behalf of Creditor First Service Credit Union
mlw@hwa.com

**20-33938 Notice will not be electronically mailed to:**

Justina Nonyelum Ochonma
5950 Antoine Dr. Apt. 234
Houston, TX 77091